No. 05-51438
A:04cv563-SS

**FILED**
MAR 21 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

CLARENDON AMERICAN INSURANCE COMPANY

      Plaintiff - Counter Defendant - Appellee

v.

THE MOLPUS COMPANY, doing business as Woodland Resource Management Group; MOLPUS TIMBERLANDS MANAGEMENT, LLC

      Defendants - Counter Plaintiffs -
      Third Party Plaintiffs - Appellants

v.

HCC GLOBAL FINANCIAL PRODUCTS

      Third Party Defendant - Appellee

<u>ENTRY OF DISMISSAL</u>

Pursuant to appellant's motion this appeal is dismissed this 16th day of March, 2006, see FED. R. APP. P. 42(b).

           CHARLES R. FULBRUGE III
           Clerk of the United States Court
           of Appeals for the Fifth Circuit

           By: _____
           Lisa C. Berry, Deputy Clerk

      ENTERED AT THE DIRECTION OF THE COURT

70